# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ARMANDO F. ORTEGA,**

    Plaintiff,

v.                                                                                    No. 16-cv-1247 SMV/CG

**CITY OF ALAMOGORDO, LEEANN NICHOLS,
SUSIE GALEA, SUSAN PAYNE, JIM STAHLE,
AL HERNANDEZ, JASON BALDWIN,
ROBERT RENTSCHLER, NADIA SIKES,
GEORGE STRAFACE, ROBERT DUNCAN,
and JIM TALBERT,**

    Defendants.

## ORDER GRANTING IN PART JOINT MOTION TO STAY

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Proceedings [Doc. 19], filed on December 21, 2016. The Court, being fully advised and noting that the Motion is unopposed by Plaintiff's counsel, hereby grants the Motion for 120 days.

**IT IS ORDERED** that proceedings in this matter are **STAYED** for 120 days to allow the parties to pursue private mediation. The Court will stay proceedings **until May 3, 2017**. The parties must notify the Court if the stay should be lifted prior to May 3, 2017.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**